1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10    DAVID A. JOHNSON,
11                        Plaintiff,                    Case No.  C08-5644RBL

12              v.                                      ORDER

13    DOUG WADDINGTON,

14                        Defendant.

15

16        Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **incomplete**.  Specifically,

17    plaintiff has failed to file a "acknowledgment and authorization" with the correct filing fee ($350.00).

18        Plaintiff shall either re-file a complete application, file a supplement declaration or affidavit

19    correcting the above noted deficiency, or pay the filing fee **by not later than January 9, 2009.**  Otherwise,

20    the court will recommend denial of his application and dismissal of the underlying matter as frivolous.

21        DATED this 12th day of December, 2008.

22

23                                      */s/ J. Kelley Arnold*
24                                      J. Kelley Arnold
                                        United States Magistrate Judge
25

26

27

28

ORDER
Page - 1