UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID A. JOHNSON,<br><br>            Plaintiff,<br>v.<br><br>DOUG WADDINGTON, et al.,<br><br>            Defendants. | Case No. C08-5644RBL<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

The Court, having reviewed the petition for habeas corpus, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's causes of action are DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Arnold.

DATED this 13th day of February, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE