# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID A. JOHNSON

JUDGMENT IN A CIVIL CASE

v.

DOUG WADDINGTON

CASE NUMBER: C08-5644RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation.

2. Plaintiff's causes of action are DISMISSED without prejudice.

    February 24, 2009                                     BRUCE RIFKIN
                                                                                                      Clerk

                                                                        Jennie L. Patton
                                                                          Deputy Clerk